# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Jacksonville Division

Kent Allen Jr.

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Belcalis Almanzar
Evan Spiegel

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:21-cv-549-MMH-JBT
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kent Allen Jr.
Street Address: 8201 SW 3rd CT
City and County: North Lauderdale
State and Zip Code: Fl 33068
Telephone Number: 404.721.9050
E-mail Address: nerdsfinancial@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Belcalis Almanzar
- Job or Title (if known): recording artist
- Street Address: 1633 Broadway
- City and County: New York
- State and Zip Code: New York
- Telephone Number: 212-707-2000
- E-mail Address (if known):

Defendant No. 2
- Name: Evan Spiegel
- Job or Title (if known): CEO of SnapChat
- Street Address: 2772 Donald Douglas Loop
- City and County: Santa Monica
- State and Zip Code: California
- Telephone Number: 310.399.3339
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Kent Allen Jr., is a citizen of the State of *(name)* Florida.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Atlanta Spinoff Unstoppable, is incorporated under the laws of the State of *(name)* Atlantium, and has its principal place of business in the State of *(name)* Atlantium.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Belcalis Almanzar, is a citizen of the State of *(name)* Georgia. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* **Evan Spiegel (Snapchat)**, is incorporated under the laws of the State of *(name)* **California**, and has its principal place of business in the State of *(name)* **California**.

Or is incorporated under the laws of *(foreign nation)* **—**,

and has its principal place of business in *(name)* **California**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

With the idea of Snapchat that I expressed to Belcalis Almanzar at the age of 7 in the year of 1992 I'm looking for the relief of $55 million for the idea I expressed to her.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attachment →

The idea is for a social media site

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

With the idea of Snapchat that I expressed to Belcalis Almanzar at the age of 7 in the year of 1992 I'm looking for the relief of $55 million for the idea I expressed to her

Statement of Claim

SNAPCHAT

At the age of 7, I spent some time in New York with my father and also my birth sister whom name is Belcalis Almanzar (Cardi B). Doing my time with her we had a very close relationship and spent a lot of time together. Doing this course of time is when I first started developing artists in the course of my life. She was a loving and caring sister. One thing about her that draw my attention is her passion for music and the ambition that you don't see in many kids that was our age. As her brother, we did CHAT about her becoming an entertainer. I explained to her that she needed to learn the basics first then expand from there. That's when the training first started between me and her. As a student at the time she was very attentive and as I gave her tips she wrote it down. Not many people know this about her but she loves to learn new things. One tool I provided her that I don't see in much in stores is rhyme books. At the time, I already some books and I purchased several for her to learn and practice. The thing about her is she's a workaholic so she practiced continually for hours at a time. To the point, I had to stop her to do other things. As kids we would venture outside and she always wear either a hat or sunglasses. Of course, this is to block the sun as in New York especially in the summer it gets really hot outside. My time with her was short which was for about a year in length. As I do with all my artists that I developed I did come up with a name for which was perfect which was Snapchat. The reason for this name is because at the time one hit word was CHAT and at the current time amongst friends we would send each snap of pictures to each other. Kind of like quick pictures we could send. Recently, I been trying to get in reach with her as Snapchat is worth billions in monetary value. Unfortunately, I haven't been able to reach her.


Severed loss of memory——

due to severing multiple concussion from playing football so I ended up having to play basketball as a kid, focusing on college, and working two jobs right after high school, also formed another whole set of friends. Since meeting many of them when we were kids throughout the years my memory became very faded. Partly, due to my mother moving me to different locations growing up. Once, I got older doing high school my mother become very ill so I had to work to help with bills. After high school her status was the same so I had to work two jobs at times. Later, on at the age of 30 my mother passed away which if I was compensated from my ideas I would have covered her medical cost.


Around the age of 26, I started attending college and was able to finish with a bachelor in business and also a MBA degree. I graduated with a 3.5 gpa. I did severe from a loss of memory due to multiple concussion from playing football so I ended up having to play basketball as a kid, focusing on college, and working two jobs right after high school, also formed another whole set of friends my memory of certain things in my childhood was forgotten which is when I made contact with these people.


I don't look for anyone to face any form of incarnation due to these different incidents. I only look to be compensated and also given credit for my ideas. Each artist is still special to me and unique in their own way. Also just looking to have my personal life back as these individuals have businesses in the different areas I stayed and also visited.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-21-21

Signature of Plaintiff  *[signed]*
Printed Name of Plaintiff  Kent Allen Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address